(September 26, 1955.)

■

HAZEL F. BITTSON, Respondent, v. ANTHONY J. BITTSON, Appellant.—

Present — Wenzel, Acting P. J., MacCrate, Beldock and Murphy, JJ.

■

GIBRALTAR CONCRETE CO., INC., Respondent, v. SOL G. ATLAS, Appellant.—

Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. [See *ante*, p. 867.]

■

In the Matter of the COMMON COUNCIL OF THE CITY OF MOUNT VERNON et al., Respondents. JAMES V. PETRILLO, as Commissioner of Public Works of the City of Mount Vernon, Appellant.—

Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. [See *ante*, p. 883.]

■

HYMAN MINTZ et al., Respondents, v. ELLIOT BREAN, Appellant.—

Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES WINFIELD, Appellant.—

Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. [See *ante*, p. 860.]

■

AZZARONE CONTRACTING CORP., Respondent, v. COLMAR CONSTRUCTION COMPANY, Appellant. (Action No. 1. Supreme Court — Queens County.) COLEGERO MARINO et al., Individually and as Copartners Doing Business under the Name of COLMAR CONSTRUCTION COMPANY, Appellants, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent. (Action No. 2. City Court — Kings County.)

No opinion. Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur.